UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC RODEN, individually,

      Plaintiff,

v.

ASSOCIATION LAW GROUP, P.L.,
a Florida limited liability company,          **JURY DEMAND**

      Defendant.

_____/

## COMPLAINT

1.  Plaintiff ERIC RODEN alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") against Defendant ASSOCIATION LAW GROUP, P.L.

## JURISDICTION AND VENUE

2.  This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3.  This Court has personal jurisdiction over the Defendant because the letters forming the basis of this action were sent by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4.  Venue in this District is proper because the Plaintiff resides here and received letters from Defendant within this District.

5.      Plaintiff ERIC RODEN is a natural person and a citizen of the State of Florida, residing in Miami-Dade County, Florida.

6.      Defendant ASSOCIATION LAW GROUP, P.L. ("ALG") is a debt collector that operates from offices located at 1200 Brickell Avenue, PH2000, Miami, FL 33131; Plaintiff further alleges that ALG is a citizen of the State of Florida.

7.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8.      Defendant regularly collects or attempts to collect consumer debts for other persons.

9.      Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

10.     Plaintiff lives in a condominium known as "Eldorado Towers."

11.     As a unit owner in Eldorado Towers, Plaintiff is required to make monthly maintenance payments to the Eldorado Towers Condominium Association.

12.     These payment obligations are for personal, family, and household reasons, and are thus "consumer debts" under 15 U.S.C. § 1692a(5) of the FDCPA.

13.     During the months of August, September, and October 2014, Plaintiff found himself unable to timely make his monthly maintenance payments.

14.     In consequence, the Eldorado Towers Condominium Association referred Plaintiff's delinquency to Defendant ALG to institute collection proceedings.

15.     On October 30, 2014, Plaintiff sent a cashier's check to Defendant ALG for the entire delinquent balance, thereby bringing his account current.

16.     Since then, Plaintiff has timely paid all monthly maintenance payments, and is not in arrears.

17. Despite this, on February 9, 2015, Defendant ALG sent a certified letter to Plaintiff entitled "NOTICE OF INTENT TO RECORD A CLAIM OF LIEN," threatening to record a Claim of Lien against Plaintiff's home as a result of his alleged unpaid maintenance payments.  A true and correct copy of this letter is attached hereto as Exhibit A.

18. This certified letter came in an envelope upon which Plaintiff's name, address, and most of the aforementioned heading were visible, including the words "NOTICE OF INTENT TO RECORD A . . ."  A true and correct reproduction of this envelope is attached hereto as Exhibit B.

### COUNT I
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff incorporates paragraphs 1 through 18 herein.

20. Defendant violated the FDCPA by using language other than the debt collector's address on the envelope when communicating with the Plaintiff, in violation of 15 U.S.C. § 1692f(8).  *See Douglas v. Convergent Outsourcing*, 765 F.3d 299 (3d Cir. 2014).

21. Defendant violated the FDCPA by falsely representing the amount of Plaintiff's debt in violation of 15 U.S.C. § 1692e(2).

WHEREFORE, Plaintiff ERIC RODEN requests that the Court enter judgment in favor of Plaintiff and against Defendant ASSOCIATION LAW GROUP, P.L. for:

a. actual damages;

b. statutory damages of $1,000.00;

c. attorney's fees, litigation expenses, and costs of the instant suit, and;

d. such other or further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 3rd day of March, 2015.

> BRET L. LUSSKIN, Esq.
> *Attorney for Plaintiff*
> 20803 Biscayne Blvd., Ste 302
> Aventura, Florida 33180
> Telephone: (954) 454-5841
> Facsimile: (954) 454-5844
> blusskin@lusskinlaw.com
>
> By:  /s/ Bret L. Lusskin, Esq.
>      Bret L. Lusskin, Esq.
>      Florida Bar No. 28069

4